In the Matter of the Estate of TERRANCE P. BRENNAN, Deceased.

In the Matter of the Application of ANNA BRENNAN, Appellant, for the Revocation of Letters of Administration, Issued to JOSEPH H. BRENNAN, Respondent.

*Decedent's estate — finding of surrogate as to legitimacy of child of decedent contrary to evidence.*

*Matter of Brennan, Estate,* 193 App. Div. 907, affirmed.

(Argued June 6, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 27, 1920, which reversed a decree of the Kings County Surrogate's Court adjudging that the appellant herein is a legitimate child of the deceased Terrance P. Brennan upon the ground that such finding is contrary to the evidence.

*Reginald F. Isaacs, James O. Tryon* and *William C. Relyea* for appellant.

*Edward J. Byrne, Abraham P. Wilkes* and *Irving Katz* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, POUND, McLAUGH-LIN and ANDREWS, JJ.  Not voting: HOGAN, J.  Absent: CRANE, J.